IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MG GLOBAL INVESTMENT, LLC,,
    Plaintiff,

vs.                                    Case No.:  3:15cv535/MCR/EMT

UNITED STATES OF AMERICA, et al.,
    Defendants.
_____/

## O R D E R

This cause comes before the Court on consideration of the Chief Magistrate Judge's Report and Recommendation dated February 13, 2017 (ECF No. 23). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections were timely filed.

Having considered the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The Motion for Summary Judgment filed by Plaintiff MG Global Investment, LLC (ECF No. 18) is **DENIED**.

3. The Motion for Summary Judgment filed by Defendants United States of America; Jeh Johnson, Secretary of Homeland Security; Leon Rodriguez, Director of United States Citizenship and Immigration Services; and Ron Rosenberg, Chief of the USCIS Administrative Appeals Office (ECF No. 17) is **GRANTED**.

4. Plaintiff's complaint for declaratory relief is **DISMISSED** and this case closed.

**DONE AND ORDERED** this 6th day of March 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**